IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MALIK R. SHABAZZ
ADC #095489                                          PLAINTIFF

v.                      No. 5:15-cv-278-DPM

ANDREWS, Assistant Warden, Varner
Unit, ADC; JACKSON, Lieutenant, Varner
Unit, ADC; and B. TRANTHAM, Sergeant,
Varner Unit, ADC                              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 7, and overrules Shabazz's objections, № 8. FED. R. CIV. P. 72(b)(3). Shabazz's complaint will be dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 September 2015