IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MALIK R. SHABAZZ
ADC #095489                                                                 PLAINTIFF

v.                              No. 5:15-cv-278-DPM

ANDREWS, Assistant Warden, Varner
Unit, ADC; JACKSON, Lieutenant, Varner
Unit, ADC; and B. TRANTHAM, Sergeant,
Varner Unit, ADC                                                           DEFENDANTS

JUDGMENT

Shabazz's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 September 2015