IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MALIK R. SHABAZZ
ADC #095489                                                        PLAINTIFF

v.                    No. 5:15-cv-278-DPM

ANDREWS, Assistant Warden, Varner
Unit, ADC; JACKSON, Lieutenant, Varner
Unit, ADC; and B. TRANTHAM, Sergeant,
Varner Unit, ADC                                    DEFENDANTS

ORDER

Motion for reconsideration, № 11, denied. Shabazz's complaint failed to state a federal claim. № 7 & 9. And he wasn't entitled to appointed counsel. *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 October 2015